IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE R. WELSH and PAULA D. WELSH,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMERICAN HOME MORTGAGE ASSETS LLC, as (the "Depositor"); WELLS FARGO BANK, N.A., as master servicer; DEUTSCHE BANK NATIONAL TRUST COMPANY as (the "Trustee") and DOES 1 to 50, inclusive,<br><br>    Defendants.<br>_____/ | No. C 13-4750 CW<br><br>ORDER DISMISSING THE COMPLAINT FOR FAILURE TO PROSECUTE |

On December 15, 2014, the Court ordered Defendants to serve immediately their motion to dismiss, and ordered Plaintiffs to respond to Defendants' motion within seven days of the receipt of the motion, no later than fourteen days of the date of that order. As of January 5, 2015, no response to the motion to dismiss has been filed.

Accordingly, because Plaintiffs have not filed a response or requested an extension of time to do so, this action is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated: January 5, 2015

CLAUDIA WILKEN
United States District Judge