UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAURICE WELSH, ET AL.**, <br><br>        Plaintiffs, <br><br>    v. <br><br> **AMERICA'S SERVICING COMPANY ASSETS LLC, ET AL.**, <br><br>        Defendants. | Case No. 15-cv-02166-YGR <br><br> **ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable Claudia Wilken to consider whether it is related to *Welsh v. American Home Mortgage Assets LLC, et al.*, Case No. 13-CV-4750.

**IT IS SO ORDERED.**

Dated: June 10, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**